IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Allan Barritt,            )<br>    Plaintiff,       )<br>                           )<br>vs.                        )<br>                           )<br>                           )<br>Union Pacific Railroad Company, )<br>                           )<br>                           )<br>SERVE:   Registered Agent:   )<br>            CT Corporation System, )<br>            5615 Corporate Blvd. )<br>            Suite 400 B          )<br>            Baton Rouge, LA 70816 )<br>                           )<br>    Defendant.         ) | Cause No: _____<br><br>**JURY TRIAL DEMANDED**<br>**CLERK TO ISSUE SUMMONS** |

## COMPLAINT

COMES NOW plaintiff, Allan Barritt, by and through his attorneys, Davis, Saunders, Miller & Oden, and for his cause of action against the defendant, Union Pacific Railroad Company, states:

1. That the defendant, Union Pacific Railroad Company is now, and was at all times hereinafter mentioned, a Delaware corporation duly organized and existing according to law to engage in, and was engaged in, business as a common carrier in interstate commerce in the states of Louisiana, Arkansas, Missouri and other states of the Union. Defendant's principal place of business is in Omaha, Nebraska and Union Pacific Railroad Company operates its railroad throughout the territory comprising the United

States District Court for the Western District of Louisiana.

2. That at all times hereinafter mentioned, plaintiff, Allan Barritt, was employed by defendant, Union Pacific Railroad Company, in interstate commerce and was a citizen and resident of Texas.

3. That at all times hereinafter mentioned, the Plaintiff and the Defendant Union Pacific Railroad Company, were employed and engaged in interstate commerce and by reason thereof their mutual and respective rights and liabilities were governed by the Federal Employer's Liability Act, 45 U.S.C. Section 51-60 (hereinafter, "FELA"). That venue is proper in this Court under the FELA and because the plaintiff's injury happened in Ouachita Parish, Louisiana and that this Court has jurisdiction pursuant to 28 U.S.C. 1331, Federal Question Jurisdiction.

4. That on or about September 23, 2014, at or near Swartz, Louisiana (approximately MP 490.5), plaintiff was walking near defendant's tracks after getting off of a locomotive when he fell and was injured due to poor footing in the walkway/right of way.

5. Plaintiff, Allan Barritt, states that his injuries and damages were due in whole or in part as a result of the negligent acts or omissions of the defendant Union Pacific, its officers, employees or agents in one or more of the following particulars:

       a. It failed to provide plaintiff with a reasonably safe place to work; or

       b. It failed to provide plaintiff with reasonably safe training or conditions or methods for work; or

    c.    It failed to properly install, inspect, test, repair or maintain its right of way; or

    d.    It failed to properly install, inspect, test, repair or maintain its ballast; or

    e.    It failed to properly install, inspect, test, maintain or repair the walkway where plaintiff fell; or

    f.    It failed to properly tamp the ballast on its right of way; or

    g.    It failed to warn of the unsafe conditions at the walkway; or

    h.    It failed to follow industry standards for building, inspecting, testing, and maintaining the ballast, walkway and right of way;

    i.    It failed to warn plaintiff of dangers known to defendant or that, with reasonable inspection, should have been known to defendant; or

    j.    It failed to follow AREMA, AAR, industry or its own standards for installing, inspecting, testing or maintaining a safe walkway, ballast or right of way; or

    k.    It failed to comply with federal regulations enacted under title 49 part 213 regulating railroad track safety standards;

6.    As a result, in whole or in part, of the aforementioned conduct of the defendant, Union Pacific Railroad Company, plaintiff, Allan Barritt, was caused to suffer the following serious, painful, and permanent injuries, to-wit: Plaintiff suffered injuries to his right lower extremity and ankle and the nerves, blood vessels and adjacent structures and to the extent he had any underlying conditions those were aggravated. The injuries are permanent. Plaintiff was caused to undergo x-rays, medical treatment, surgery and he is likely to undergo further treatment, tests and surgery. Plaintiff has lost the wages of his

employment with defendant and may in the future lose further such wages and fringe benefits; plaintiff has expended or obligated himself for necessary and reasonable medical expenses and hospital care and will in the future be caused to expend further such sums. Plaintiff has suffered pain and suffering and will in the future have pain and suffering as a result of defendant's negligence. Plaintiff's ability to work, labor, and enjoy the normal pursuits of life has been impaired and lessened all to plaintiff's damage.

WHEREFORE, plaintiff, Allan Barritt, prays Judgment against the defendant, Union Pacific Railroad Company, for a sum fair and reasonable under the circumstances, together with his costs herein expended.

                Respectfully Submitted,

                DAVIS, SAUNDERS, MILLER & ODEN

                BY: _____
                **BENJAMIN B. SAUNDERS #11733**
                **JOSEPH M. MILLER #30636**
                **CARISA GERMAN-ODEN #31463**
                400 Mariners Plaza Drive, Suite 401
                Mandeville, Louisiana 70448
                Telephone: (985) 612-3070
                Facsimile: (985)612-3072

                **Attorneys for Plaintiff,**
                *Allan Barritt*